United States District Court
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5                            EUREKA DIVISION
6
7    MARCUS HAWKINS,
8                 Petitioner,              No. C 14-2519 NJV (PR)
9         vs.                              **ORDER OF TRANSFER**
10
     TABER,
11
12                Respondent.
                                        /
13
            This is a habeas corpus case filed by a state prisoner proceeding pro se.  Petitioner
14
     seeks to challenge a conviction obtained in the Stanislaus County Superior Court.
15
     Stanislaus County is in the venue of the United States District Court for the Eastern District
16
     of California.  Petitioner is incarcerated in Oklahoma.
17
            Venue for a habeas corpus action is proper in either the district of confinement or the
18
     district of conviction, 28 U.S.C. § 2241(d); this district is neither.  Because petitions
19
     challenging a conviction are preferably heard in the district of conviction, Habeas L.R.
20
     2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and Petitioner was
21
     convicted in Stanislaus County, this case is **TRANSFERRED** to the United States District
22
     Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a);  Habeas L.R. 2254-
23
     3(b).
24
            **IT IS SO ORDERED.**
25
     Dated: June 5, 2014.                  _____
26                                          NANDOR J. VADAS
                                            United States Magistrate Judge
27
     G:\PRO-SE\NJV\HC.14\Hawkins2519.trn.wpd
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MARCUS HAWKINS,

          Petitioner,

     v.

TABER,

          Respondent.

_____/

No.  1:14-CV-2519 NJV (PR)

CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that on June 5, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Marcus Hawkins
Ak-5222
NFCF BN 170
1605 E. Main
Sayre, OK 73622

/s/ Linn Van Meter

_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

*United States District Court*
For the Northern District of California

2